Page one
FILED
HARRISBURG, PA
MAY 18 2000
MARY E. D'ANDREA, CLERK
per ___

1: CV00-0881

To the Clerk of
the Court,
United State
District Court

Middle District of
Pennsylvania
William J Nealon Bldg.
235 North Washington Ave
Rm. 423
Po Box 1148
Scranton P.A. 18501-1148

York County Prison
3400 Concord Road
York, P.A. 17402
Date, May, 11, 2000

Name: Desmond Gayl
#55438

Reason/Compensation
of $3,000,000.00
(Three Million Dollars)

Dear Clerk of Court

On April 15 2000 I was place in solitary confinement unjustifiably.

On the 21st April I got sick from the food that I was served, for three times per day lunch, Breakfast and Dinner

When the officer took me to the Medical Department, the Nurses told me they can't help me at this time and they can't change the food Diet being served in the Box

Page two ②     Desmond V. Gayle
Date May, 11, 2000

they Prison continued to served me Foodloaf through out my sickness, ontil I saw the Doctor on April 28 and got my blood tested the same day I saw the Doctor the Result of the test was poor because, the Prison continued to served me Foodloaf for Breakfast Lunch And Dinner.

~~She~~ The Foodloaf is made of flour, Cornmeal And 50% sugar which Damaged my Blood Count.

I have spoken to one Nurse about the Cruelty of the Foodloaf and while I was talking, Another Nurs started to Laugh, so the Male Nurse said to the female Nurse stop it! this is not something to Laugh About this is a serious matter Real serious matter, suddenly she stop Laughing. ~~I have Appeal the 20 Days sentence and the Warden Dismissed~~ I Am Asking the Court to order the York County Prison to Compensate me with three Million Dollars for the Damaged of my Blood And my Health

Your Respectfully,
D. V. Gayle
D. V. Gayle

# York County Prison
## Medical Department

*To the Clerk of the Court*
*N Gayle*
*MAY 11, 2000, DAT*

DATE: 5-2-00

TO: Desmond Gayle

Recently you had the following studies done:

____ Blood pressure screening/recheck

_X_ Blood test(s): blood count

_____

____ Urine test/culture

____ Xray of: _____

____ Other: _____

These tests were:

____ All normal

_X_ All normal except white blood count was slightly low - most likely due to a virus

I would advise that you:

____ Follow the instructions previously given (including any medications you may presently be taking)

____ We will be changing your medication as follows: _____

We will repeat blood count again

Sincerely,

Patricia L. Sauers, M.D.

"This correspondence originates from an inmate institution".

From: Desmond V. Gayle
#554538.
York County Prison,
3400 Concord Road,
York, P.A. 17402.

Legal Mail
ATTORNEY AT LAW

To The Clerk of the Court,
United State District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg
235 North Washington Ave Rm #23
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
MAY 16 2000
_____
DEPUTY CLERK