York County Prison
3400 Concord Road
York, P.A. 17402
Date, June, 8, 2000
Inmate # 55438

To: The Clerk of the Court.

Mary E. D'Andrea.
United States District Court,
Middle District of Pennsylvania.

William J. Nealon Federal Bldg,
235 North Washing Ave,
P.O. Box 1148.
Scranton, PA 18501.

Request

FILED
SCRANTON
JUN 12 2000
PER Amo
DEPUTY CLERK

1:00cv881

Dear Madam,
And Good Day.

God Blessed you,

The Warden failed to carry out the Court Orders Correctly.

The Administrative Ordered 20% of any Incoming money entered my account must be deducted.

The warden should freez my account, and take out 20%, then Release my account. Instead of him doing this, He Froze or Freez my account permanently. Now, I can't go shopin

Madam, Please!, Could you have the Warden Release my Account, so I am able to go shoping, like the Rest of Inmates in this prison. I need the Basic items like toothpast, lotion, soap and Deodorant, but I can purchase these items, unless the Warden Release the freez off my Account

The Deputy Warden has send me a threatening letter telling me that he was going to freez my Account until the whole $300 is paid off.

The warden didnot do exactly what he was told in the Administrative Order. The Warden has failed to carry out the court orders properly. He has also carrying a chip on his shoulder for me, because I have filed a Civil Complaint with the Court against the York County Prison.

Please!, Madam Could you Respond to the Warden, as soon as possible. I would be thankfull. Your Respectfu