RECEIVED SCRANTON JUN 19 2000 PER ___ DEPUTY CLERK

00 881

(9)

York County Prison
3400 Concord Road
York, P.A. 17402.

Date / June/14/2000

# 55438.

Your Respectfully,
L. V. Gayle.

To The Clerk of the Court.,

Mary E. D'Andrea.

United States
District Court
Scranton P.A. 18501

Dear Madam, Good Day.

This is my second letter to you, Asking you please to have the Warden Release my Account which he has put a block on it.

The Warden is not following the Administrative Order which you gave him. The Warden Froze my Account permanently. I need toothpaste shampoo Qtips the basic needs for my personal hygienes, and I cant go shoping at the Canteen = Commissary. Please could you put on hold my payment for the Court fee, until I get back into society or until I am able to manage to...

```
                          Canteen Corporation                          05/23/200
                        YORKC-York County Prison                           12:2
    Invoice #: 515652            INVOICE
      Name: DESMOND GAYLE
       ID #: 55438          Block: ND-14                       Serial #: 00026
========================================================================
  Qty    Item                      Code #           Price        Amount
========================================================================
    4    SNICKERS                  0107             0.63          2.52
    1    BUTTERSCOTCH BUTTON       0130             0.65          0.65
    4    PBC CRACKERS              6603             0.52          2.08
    3    BBQ CHIPS/1 OZ            6608             0.52          1.56
    4    DR.-PUNCH-SGL             2111             0.25          1.00
    4    DR.-LEMON-SGL             2112             0.25          1.00
    1    SUGAR BOX100              9118             2.00          2.00
    9    HOT COCOA-SGL             2100             0.25          2.25
    5    CUP-SHRIMP                9100             0.80          4.00
    5    CUP-SEAFOOD               9105             0.80          4.00
    2    UNSALTED-SALTINE BX.      9133             1.95          3.90
------------------------------------------------------------------------
   42                                              Base Sale:    24.96
 Previous Balance:  $    31.34                           Tax:     0.00
 New Balance:       $     6.38                         Total:    24.96
------------------------------------------------------------------------
 Error Transactions:

   Qty    Item                      Code #        Reason
========================================================================
     0                                2           Invalid Item Code
     0                                1 1         Invalid Item Code
     0                                1 0         Invalid Item Code
     0                                3           Invalid Item Code
```

```
                      Canteen Corporation                    05/23/200
                      YORKC-York County Prison                    12:2
Invoice #: 515652            INVOICE
  Name: DESMOND GAYLE
  ID #: 55439              Block: ND-14                  Serial #: 0002
================================================================================
  Qty   Item                          Code #        Price        Amount
================================================================================
    4   SNICKERS                       0107          0.63          2.52
    1   BUTTERSCOTCH BUTTON            0130          0.65          0.65
    4   PB CRACKERS                    6603          0.52          2.08
    3   BBQ CHIPS/1 OZ                 6608          0.52          1.56
    4   DR.-PUNCH-SGL                  2111          0.25          1.00
    4   DR.-LEMON-SGL                  2112          0.25          1.00
    1   SUGAR BOX100                   9118          2.00          2.00
    9   HOT COCOA-SGL                  2100          0.25          2.25
    5   CUP-SHRIMP                     9100          0.80          4.00
    5   CUP-SEAFOOD                    9105          0.80          4.00
    2   UNSALTED-SALTINE BX.           9133          1.95          3.90
--------------------------------------------------------------------------------
   42                                              Base Sale:     24.96
Previous Balance:  $    31.34                            Tax:      0.00
New Balance:       $     6.38                          Total:     24.96
--------------------------------------------------------------------------------
Error Transactions:

  Qty   Item                          Code #    Reason
================================================================================
    0                                   2       Invalid Item Code
    0                                   1       Invalid Item Code
    0                                   10      Invalid Item Code
    0                                   5       Invalid Item Code
```