FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(10 pm
6/83/0)

(Inmate Number)
**55438**

(Name of Plaintiff)
**Desmond V. Gayle**

(Address of Plaintiff)
**York County Prison**

vs.

**Warden of Prison,
Thomas Hogan,
York County Prison.**

(Names of Defendants)

(Case Number) **1:00-CV-881**

AMENDED COMPLAINT

FILED
HARRISBURG, PA
JUN 22 2000
MARY E. _____, CLERK
Per _____ Deputy Clerk

TO BE FILED UNDER:  ✓  42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: _I have filed a Complaint against the York County Prison, which was Filed on May, 22, 2000 for damaging my health. It was Assigned to Honorable Judge: William W. Caldwell. Case number # 1:CV-00-0881._

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ✓ Yes  ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ✓ Yes  ___ No

      If your answer is no, explain why not _____

      _____

   C. Is the grievance process completed?  ✓ Yes  ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant "Thomas Hogan" is employed as Warden at York County Prison.

B. Additional defendants Assistance Warden at York County Prison, (Deputy) Rogis Thomas.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. My Civil Right was Violated (Angrily) on April/15/2000, I was place in solitary confinement unjustly, and was feed foodloaf three times per day for 18 days. I got sick,

2. and when taken to the Medical Department, The Nurses said that they cant stop the food-loaf, which came directly from the Warden of the Prison. She is a memorandum

3. Posted on the glass, at the confinement area, which stated that the Warden give the order for the foodloaf to be served. This memorandum was also signed by the Ward

2

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the Court to order the Warden of York County Prison Mr. Thomas Hogan to compensate me

2. With ($3,000,000.00) Three million Dollars, for violated my civil Rights Please could you carry out a full

3. Investigation into this legal matter. Thank you I V. Gayle


Signed this __17__ day of __June__, ~~19~~ 2000

_I. V. Gayle_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

June/17/2000
(Date)

_I. V. Gayle_
(Signature of Plaintiff)

3

#① 1:CV-00-881

# FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

*******************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

*******************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** _____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**