UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,  :
:
      Plaintiff  :
:
    v.  :  CIVIL NO. 1:CV-00-0881
:
YORK COUNTY PRISON, et al.  :  (Judge Caldwell)
:
      Defendants  :

FILED
HARRISBURG, PA

JUN 2 8 2000

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

ORDER

AND NOW, this 28th day of June, 2000, it is ordered that:

1. Plaintiff's amended complaint filed on June 22, 2000 (Doc. 10) is accepted as the complaint in this action.

2. Plaintiff's motion to proceed <u>in forma pauperis</u> is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

---

[1] Gayle completed this court's form application to proceed <u>in forma pauperis</u> and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

3.  The United States Marshal is directed to serve plaintiff's complaint (Doc. 10) on the defendants.

*William W Caldwell*
William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 28, 2000

Re:   1:00-cv-00881   Gayle v. York County Prison

True and correct copies of the attached were mailed by the clerk
to the following:

Desmond V. Gayle
CTY-YORK
York County Prison
55438
3400 Concord Road
York, PA   17402

```
cc:
Judge                           (✓)
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other  PFSLC                    (✓)
       Quinn
```

MARY E. D'ANDREA, Clerk

DATE:  6/28/00                              BY:  GU
                                            Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 5, 2000

Re:   1:00-cv-00881    Gayle v. York County Prison

True and correct copies of the attached were mailed by the clerk
to the following:

    Desmond V. Gayle
    CTY-YORK
    York County Prison
    55438
    3400 Concord Road
    York, PA   17402

```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____       ( )
```

                                                 MARY E. D'ANDREA, Clerk

DATE:  7/5/00                                    BY:  _____
                                                            Deputy Clerk

PRSLC QUINN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE, :
:
      Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0881
:
YORK COUNTY PRISON, et al. : (Judge Caldwell)
:
      Defendants :

FILED
HARRISBURG, PA

JUN 2 8 2000

ORDER

MARY E. D'ANDREA, CLERK
Per _____
    /Deputy Clerk

AND NOW, this 28th day of June, 2000, it is ordered that:

1. Plaintiff's amended complaint filed on June 22, 2000 (Doc. 10) is accepted as the complaint in this action.

2. Plaintiff's motion to proceed _in forma pauperis_ is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

---

1. Gayle completed this court's form application to proceed _in forma pauperis_ and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

AO 72A
(Rev 8/82)

3. The United States Marshal is directed to serve plaintiff's complaint (Doc. 10) on the defendants.

*William W. Caldwell*
William W. Caldwell
United States District Judge

2