UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,                    :
                                     :
        Plaintiff                    :
                                     :
    v.                               : CIVIL NO. 1:CV-00-881
                                     :
YORK COUNTY PRISON,                  : (Judge Caldwell)
                                     :
        Defendant                    :

ORDER

## Background

Desmond V. Gayle, a prisoner at the York County Prison, filed this pro se civil-rights action pursuant to 42 U.S.C. § 1983. Along with his complaint, Plaintiff submitted this court's form application to proceed in forma pauperis (Doc. 2) and authorization (Doc. 3) for the deduction of funds from his prison trust fund account. An Administrative Order (Doc. 6) issued on May 22, 2000. On June 12, 2000, and June 19, 2000, plaintiff filed two letters designated as "Requests" complaining that the York County Prison was not abiding by the terms of the Administrative Order with respect to the deductions being made from his inmate account toward the filing fee in this matter. He contends that the prison has placed a freeze on his account preventing him from withdrawing any of his funds. As such, he claims that he is unable to purchase necessary hygienic items from the commissary. He requests that the court issue an order directing the prison

officials to comply with the terms of the Administrative Order and lift the freeze that is now in effect.

The court will construe plaintiff's filing of June 12, 2000, as a motion to compel compliance with the court's Administrative Order, and his filing of June 19, 2000, to be a supplement thereto. The Clerk of Court will be directed to serve a copy of both of these filings on defendants. Defendants will be directed to file a response to the motion within 15 days.

AND NOW, this 6th day of July, 2000, it is ordered that:

1. Plaintiff's filing of June 12, 2000, is construed to be a motion to compel compliance with the Administrative Order (Doc. 7). His filing of June 19, 2000, is construed to be a supplement to the motion to compel (Doc. 9).

2. The Clerk of Court is directed to serve a copy of both Documents 7 and 9 on the defendants in this action.

3. Defendants are directed to file a response to the motion to compel within 15 days from the date of this order.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 6, 2000

Re: 1:00-cv-00881    Gayle v. York County Prison

True and correct copies of the attached were mailed by the clerk to the following:

Desmond V. Gayle
CTY-YORK
York County Prison
55438
3400 Concord Road
York, PA 17402

```
cc:
Judge                            (✓)
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )    PA Atty Gen ( )
                                          DA of County   ( )    Respondents ( )
Bankruptcy Court                 ( )
Other  P25LC-QUIPT               (✓)
```

MARY E. D'ANDREA, Clerk

DATE: 7/6/00                            BY: _____
                                             Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 10, 2000

Re:  1:00-cv-00881   Gayle v. York County Prison

True and correct copies of the attached were mailed by the clerk
to the following:

Desmond V. Gayle
CTY-YORK
York County Prison
55438
3400 Concord Road
York, PA  17402

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____ ( )

                                                     MARY E. D'ANDREA, Clerk

DATE:  7-7-00                                BY: _____
                                                     Deputy Clerk

*PRShC Quinn*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND V. GAYLE, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 1:CV-00-881 |
| YORK COUNTY PRISON, | : (Judge Caldwell) |
| Defendant | : |

FILED
HARRISBURG, PA
JUL 0 6 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

ORDER

## Background

Desmond V. Gayle, a prisoner at the York County Prison, filed this pro se civil-rights action pursuant to 42 U.S.C. § 1983. Along with his complaint, Plaintiff submitted this court's form application to proceed in forma pauperis (Doc. 2) and authorization (Doc. 3) for the deduction of funds from his prison trust fund account. An Administrative Order (Doc. 6) issued on May 22, 2000. On June 12, 2000, and June 19, 2000, plaintiff filed two letters designated as "Requests" complaining that the York County Prison was not abiding by the terms of the Administrative Order with respect to the deductions being made from his inmate account toward the filing fee in this matter. He contends that the prison has placed a freeze on his account preventing him from withdrawing any of his funds. As such, he claims that he is unable to purchase necessary hygienic items from the commissary. He requests that the court issue an order directing the prison

officials to comply with the terms of the Administrative Order and lift the freeze that is now in effect.

The court will construe plaintiff's filing of June 12, 2000, as a motion to compel compliance with the court's Administrative Order, and his filing of June 19, 2000, to be a supplement thereto. The Clerk of Court will be directed to serve a copy of both of these filings on defendants. Defendants will be directed to file a response to the motion within 15 days.

AND NOW, this 6th day of July, 2000, it is ordered that:

1. Plaintiff's filing of June 12, 2000, is construed to be a motion to compel compliance with the Administrative Order (Doc. 7). His filing of June 19, 2000, is construed to be a supplement to the motion to compel (Doc. 9).

2. The Clerk of Court is directed to serve a copy of both Documents 7 and 9 on the defendants in this action.

3. Defendants are directed to file a response to the motion to compel within 15 days from the date of this order.

WILLIAM W. CALDWELL
United States District Judge

2