ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND B. GAIL, <br> Plaintiff | CIVIL NO. 1:CV-00-881 |
| v. | Judge Caldwell |
| YORK COUNTY PRISON, <br> Defendant | |

FILED
HARRISBURG, PA

JUL 2 0 2000

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

**EXHIBITS TO ANSWER OF THE DEFENDANT
TO THE PLAINTIFF'S MOTION TO COMPEL
COMPLIANCE WITH AN ADMINISTRATIVE ORDER**

Respectfully submitted,

By: _____
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Assistant County Solicitor

Dated: 7-18-00

## INDEX

EXHIBIT A:  note dated April 2000

EXHIBIT B:  prisoner response

EXHIBIT C:  note dated May 23, 2000

EXHIBIT D:  note dated May 25, 2000

EXHIBIT E:  note dated June 27, 2000

EXHIBIT F:  activity account

## Account Activity Ledger

From : 09/03/1999   To : 04/27/2000

Date : 04/27/2000
Time : 10:13

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 55438 | Name GAYLE, DESMOND | | | Block MED-4 | | | | |
| Imported Entry | 10/27/1999 | 15:50 | B#3652 | D | | 0.00 | | 0.00 |
| | 11/22/1999 | 11:46 | B#18089 | D | | 20.00 | | 20.00 |
| copies | 11/24/1999 | 10:17 | B#18172 | W | | | -0.50 | 19.50 |
| Sales Transaction | 12/02/1999 | 12:43 | I#4086 | I | 19.29 | | | 0.21 |
| | 01/17/2000 | 10:27 | B#19661 | D | | 20.00 | | 20.21 |
| Sales Transaction | 01/19/2000 | 11:26 | I#9356 | I | 20.08 | | | 0.13 |
| | 02/14/2000 | 11:40 | B#20415 | D | | 20.00 | | 20.13 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12222 | I | 19.81 | | | 0.32 |
| | 03/06/2000 | 12:16 | B#21048 | D | | 50.00 | | 50.32 |
| Sales Transaction | 03/07/2000 | 13:51 | I#14471 | I | 49.05 | | | 1.27 |
| | 03/17/2000 | 08:25 | B#21392 | D | | 50.00 | | 51.27 |
| Sales Transaction | 03/21/2000 | 13:58 | I#16190 | I | 51.18 | | | 0.09 |

| | | Deposits | 6 | For $ | 160.00 |
|---|---|---|---|---|---|
| | | Withdraws | 1 | For $ | -0.50 |
| | | Invoices | 5 | For $ | 159.41 |

5/2/00

Desmond:

You owe $150 to the Court. Whenever you receive a deposit, don't spend all of your money! I must deduct 20% of every deposit to send to the Court. Around the third week of every month I will check your account and send the Court their money. Divide any deposit you get by 5 and then don't spend the 1/5. For example $50 ÷ 5 = $10

If you spend all of your money deposit I will freeze your account until the money is paid.

Roy S Thomas

## Account Activity Ledger

From : 09/03/1999   To : 04/27/2000

Date : 04/27/2000
Time : 10:13

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 55438 | **Name** GAYLE, DESMOND | | | **Block** MED-4 | | | | |
| Imported Entry | 10/27/1999 | 15:50 | B#3652 | D | | 0.00 | | 0.00 |
| | 11/22/1999 | 11:46 | B#18089 | D | | 20.00 | | 20.00 |
| copies | 11/24/1999 | 10:17 | B#18172 | W | | | -0.50 | 19.50 |
| Sales Transaction | 12/02/1999 | 12:43 | I#4086 | I | 19.29 | | | 0.21 |
| | 01/17/2000 | 10:27 | B#19661 | D | | 20.00 | | 20.21 |
| Sales Transaction | 01/19/2000 | 11:26 | I#9356 | I | 20.08 | | | 0.13 |
| | 02/14/2000 | 11:40 | B#20415 | D | | 20.00 | | 20.13 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12222 | I | 19.81 | | | 0.32 |
| | 03/06/2000 | 12:16 | B#21048 | D | | 50.00 | | 50.32 |
| Sales Transaction | 03/07/2000 | 13:51 | I#14471 | I | 49.05 | | | 1.27 |
| | 03/17/2000 | 08:25 | B#21392 | D | | 50.00 | | 51.27 |
| Sales Transaction | 03/21/2000 | 13:58 | I#16190 | I | 51.18 | | | 0.09 |

Deposits    6   For  $    160.00
Withdraws   1   For  $     -0.50
Invoices    5   For  $    159.41

*D. V. Gayle*

[Boxed handwritten note:] **This statement is InCorRect Sir!**

Desmond:
You owe $150 to the Court. Whenever you receive a deposit, don't spend all of your money! I must deduct 20% of every deposit to send to the Court. Around the third week of every month I will check your account and send the Court their money. Divide any deposit you get by 5 and then don't spend the 1/5. For example $50 ÷ 5 = $10

[Circled:] If you spend all of your money I will freeze your account until the money is paid.

*Roy S. Thomas*

Page :    1

*Superintendent/Warden: Read Carefully And understand the underline sentence in Brackets, Please sir I am asking you*

owing the Court, the Superintendent/Warden in any institution where the in[mate] is incarcerated is required by law to set aside and remit on a monthly bas[is] 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. [Each time a deposit i[s] made to the inmate's account, the Superintendent/Warden shall set aside th[e] deposit immediately before any disbursement is made by the inmate, until a[n] amount equal to 20 percent of the previous month's deposits is obtained.] When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

>   U.S. District Court
>   P.O. Box 1148
>   Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctio[nal] facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full. *Sir Please understand this!*

*I am Entitle to spend All of my Money, According to what the Clerk of the Court said!*

MARY E. D'ANDREA
Clerk of Court

By _____
Deputy Clerk

DATE: March 30, 2000

*K. Boyle / April / 1st / 2 / 8:00 Am*

## Account Activity Ledger

From : 09/03/1999    To : 05/23/2000

Date : 05/23/2000
Time : 14:12

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 55438 | **Name** GAYLE, DESMOND | | | **Block** ND-14B | | | | |
| Imported Entry | 10/27/1999 | 15:50 | B#3652 | D | | 0.00 | | 0.00 |
| | 11/22/1999 | 11:46 | B#18089 | D | | 20.00 | | 20.00 |
| copies | 11/24/1999 | 10:17 | B#18172 | W | | | -0.50 | 19.50 |
| Sales Transaction | 12/02/1999 | 12:43 | I#4086 | I | 19.29 | | | 0.21 |
| | 01/17/2000 | 10:27 | B#19661 | D | | 20.00 | | 20.21 |
| Sales Transaction | 01/19/2000 | 11:26 | I#9356 | I | 20.08 | | | 0.13 |
| | 02/14/2000 | 11:40 | B#20415 | D | | 20.00 | | 20.13 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12222 | I | 19.81 | | | 0.32 |
| | 03/06/2000 | 12:16 | B#21048 | D | | 50.00 | | 50.32 |
| Sales Transaction | 03/07/2000 | 13:51 | I#14471 | I | 49.05 | | | 1.27 |
| | 03/17/2000 | 08:25 | B#21392 | D | | 50.00 | | 51.27 |
| Sales Transaction | 03/21/2000 | 13:58 | I#16190 | I | 51.18 | | | 0.09 |
| | 05/15/2000 | 10:47 | B#23093 | D | | 100.00 | | 100.09 |
| copies/pike | 05/15/2000 | 14:26 | B#23103 | W | | | -0.50 | 99.59 |
| Sales Transaction | 05/16/2000 | 12:53 | I#22423 | I | 76.75 | | | 22.84 |
| gym shorts out of st | 05/17/2000 | 13:47 | B#23183 | D | | 8.50 | | 31.34 |
| Sales Transaction | 05/23/2000 | 13:00 | I#23231 | I | 24.96 | | | 6.38 |

Deposits    8   For $    268.50
Withdraws   2   For $     -1.00
Invoices    7   For $    261.12

*5/23/00 - Inmate received $100 on 5/15/00 and spent most of it. Account frozen until he pays $20. Owes $20*
*5/25/00 - Second Civil Action*
*6/27/00 - received $50. Owes $20 for previous deposit plus $10 for $50 deposit (50 x 20% = $10) Total of $30 to be sent to Court. account unfrozen*

Page :    1

5/25/00

Desmond:

You now have 2 of these CV 1:00-CV-00881 and CV 1:00-CV-00553

You owe a total of $300 to the US District Court.

You received a $100 deposit on 5/15/00 and quickly spent all but $6. I had previously informed you that you were not to spend all of your money. You chose to do so. Your account is frozen until all the monies owed to the U.S. District Court are paid.

$100
× 20%
─────
$20.00 — amount owed
plus 20% of any future deposits

Roger Thomas

## Account Activity Ledger

From : 09/03/1999   To : 06/27/2000

Date : 06/27/2000
Time : 13:36

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 55438 | Name GAYLE, DESMOND | | | Block NSC-3B | | | | |
| Imported Entry | 10/27/1999 | 15:50 | B#3652 | D | | 0.00 | | 0.00 |
| | 11/22/1999 | 11:46 | B#18089 | D | | 20.00 | | 20.00 |
| copies | 11/24/1999 | 10:17 | B#18172 | W | | | -0.50 | 19.50 |
| Sales Transaction | 12/02/1999 | 12:43 | I#4086 | I | 19.29 | | | 0.21 |
| | 01/17/2000 | 10:27 | B#19661 | D | | 20.00 | | 20.21 |
| Sales Transaction | 01/19/2000 | 11:26 | I#9356 | I | 20.08 | | | 0.13 |
| | 02/14/2000 | 11:40 | B#20415 | D | | 20.00 | | 20.13 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12222 | I | 19.81 | | | 0.32 |
| | 03/06/2000 | 12:16 | B#21048 | D | | 50.00 | | 50.32 |
| Sales Transaction | 03/07/2000 | 13:51 | I#14471 | I | 49.05 | | | 1.27 |
| | 03/17/2000 | 08:25 | B#21392 | D | | 50.00 | | 51.27 |
| Sales Transaction | 03/21/2000 | 13:58 | I#16190 | I | 51.18 | | | 0.09 |
| | 05/15/2000 | 10:47 | B#23093 | D | | 100.00 | | 100.09 |
| copies/pike | 05/15/2000 | 14:26 | B#23103 | W | | | -0.50 | 99.59 |
| Sales Transaction | 05/16/2000 | 12:53 | I#22423 | I | 76.75 | | | 22.84 |
| gym shorts out of st | 05/17/2000 | 13:47 | B#23183 | D | | 8.50 | | 31.34 |
| Sales Transaction | 05/23/2000 | 13:00 | I#23231 | I | 24.96 | | | 6.38 |
| | 05/31/2000 | 08:57 | B#23548 | D | | 50.00 | | 56.38 |

Deposits   9   For  $   318.50
Withdraws  2   For  $    -1.00
Invoices   7   For  $   261.12

```
 100
  50
 ---
 150
X 20%
```

$30 to be sent to Court

6/27/00
Desmond Gayle:
You owe $300 to the U.S. District Court. $30 is being sent. You owe $270 more. Your account is being unfrozen. From now on do not spend all of your money. 20% of all deposits are to be sent to Court. You may notify me when you get a deposit and I will help you.

## Account Activity Ledger

From : 09/03/1999    To : 07/14/2000    Time : 10:20

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 55438 | Name GAYLE, DESMOND | | | Block NSC-3B | | | | |
| Imported Entry | 10/27/1999 | 15:50 | B#3652 | D | | 0.00 | | 0.00 |
| | 11/22/1999 | 11:46 | B#18089 | D | | 20.00 | | 20.00 |
| copies | 11/24/1999 | 10:17 | B#18172 | W | | | -0.50 | 19.50 |
| Sales Transaction | 12/02/1999 | 12:43 | I#4086 | I | 19.29 | | | 0.21 |
| | 01/17/2000 | 10:27 | B#19661 | D | | 20.00 | | 20.21 |
| Sales Transaction | 01/19/2000 | 11:26 | I#9356 | I | 20.08 | | | 0.13 |
| | 02/14/2000 | 11:40 | B#20415 | D | | 20.00 | | 20.13 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12222 | I | 19.81 | | | 0.32 |
| | 03/06/2000 | 12:16 | B#21048 | D | | 50.00 | | 50.32 |
| Sales Transaction | 03/07/2000 | 13:51 | I#14471 | I | 49.05 | | | 1.27 |
| | 03/17/2000 | 08:25 | B#21392 | D | | 50.00 | | 51.27 |
| Sales Transaction | 03/21/2000 | 13:58 | I#16190 | I | 51.18 | | | 0.09 |
| | 05/15/2000 | 10:47 | B#23093 | D | | 100.00 | | 100.09 |
| copies/pike | 05/15/2000 | 14:26 | B#23103 | W | | | -0.50 | 99.59 |
| Sales Transaction | 05/16/2000 | 12:53 | I#22423 | I | 76.75 | | | 22.84 |
| gym shorts out of st | 05/17/2000 | 13:47 | B#23183 | D | | 8.50 | | 31.34 |
| Sales Transaction | 05/23/2000 | 13:00 | I#23231 | I | 24.96 | | | 6.38 |
| | 05/31/2000 | 08:57 | B#23548 | D | | 50.00 | | 56.38 |
| check #13723 to US D | 06/30/2000 | 13:18 | B#24442 | W | | | -30.00 | 26.38 |
| Sales Transaction | 07/05/2000 | 12:56 | I#28058 | I | 25.97 | | | 0.41 |
| Sales Transaction | 07/12/2000 | 13:04 | I#29593 | I | 0.33 | | | 0.08 |

Deposits   9   For $   318.50
Withdraws  3   For $   -31.00
Invoices   9   For $   287.42

Page : 1
TOTAL P.02

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, certify that a true and correct copy of Exhibits to Answer of Defendant to Plaintiff's Motion to Compel Compliance With Administrative Order was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid thereon, addressed as follows:

Desmond B. Gail
York County Prison
3400 Concord Road
York, PA 17402

Respectfully submitted,

By: /s/ Donald L. Reihart
Donald L. Reihart, Esquire
Sup.Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402
Telephone (717) 755-2799

Attorney for Plaintiff

Dated: 7-18-00