## Account Activity Ledger

From : 09/03/1999   To : 07/21/2000

Date : 07/21/2000
Time : 11:27

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 55438 | **Name** GAYLE, DESMOND | | | **Block** NSC-3B | | | | |
| Imported Entry | 10/27/1999 | 15:50 | B#3652 | D | | 0.00 | | 0.00 |
| | 11/22/1999 | 11:46 | B#18089 | D | | 20.00 | | 20.00 |
| copies | 11/24/1999 | 10:17 | B#18172 | W | | | -0.50 | 19.50 |
| Sales Transaction | 12/02/1999 | 12:43 | I#4086 | I | 19.29 | | | 0.21 |
| | 01/17/2000 | 10:27 | B#19661 | D | | 20.00 | | 20.21 |
| Sales Transaction | 01/19/2000 | 11:26 | I#9356 | I | 20.08 | | | 0.13 |
| | 02/14/2000 | 11:40 | B#20415 | D | | 20.00 | | 20.13 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12222 | I | 19.81 | | | 0.32 |
| | 03/06/2000 | 12:16 | B#21048 | D | | 50.00 | | 50.32 |
| Sales Transaction | 03/07/2000 | 13:51 | I#14471 | I | 49.05 | | | 1.27 |
| | 03/17/2000 | 08:25 | B#21392 | D | | 50.00 | | 51.27 |
| Sales Transaction | 03/21/2000 | 13:58 | I#16190 | I | 51.18 | | | 0.09 |
| | 05/15/2000 | 10:47 | B#23093 | D | | 100.00 | | 100.09 |
| copies/pike | 05/15/2000 | 14:26 | B#23103 | W | | | -0.50 | 99.59 |
| Sales Transaction | 05/16/2000 | 12:53 | I#22423 | I | 76.75 | | | 22.84 |
| gym shorts out of st | 05/17/2000 | 13:47 | B#23183 | D | | 8.50 | | 31.34 |
| Sales Transaction | 05/23/2000 | 13:00 | I#23231 | I | 24.96 | | | 6.38 |
| | 05/31/2000 | 08:57 | B#23548 | D | | 50.00 | | 56.38 |
| check #13723 to US D | 06/30/2000 | 13:18 | B#24442 | W | | | -30.00 | 26.38 |
| Sales Transaction | 07/05/2000 | 12:56 | I#28058 | I | 25.97 | | | 0.41 |
| Sales Transaction | 07/12/2000 | 13:04 | I#29593 | I | 0.33 | | | 0.08 |

```
              Deposits    9  For  $   318.50
              Withdraws   3  For  $   -31.00
              Invoices    9  For  $   287.42
```

*Inmate has no money*

FILED SCRANTON
JUL 27 2000
PER
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :  Civil Action No. 1:00-cv-00881
                                                :
Inmate: Desmond V. Gayle                        :           FILED
                                                :       HARRISBURG, PA
ID Number:   55438
                                                        MAY 22 2000

                                                     MARY E. D'ANDREA, CLERK
                ADMINISTRATIVE ORDER            Per _____

     The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

     Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

     As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

     (1) the average monthly deposits to the inmate's prison account for the past six months, or

     (2) the average monthly balance in the inmate's prison account for the past six months.