# WAIVER OF SERVICE OF SUMMONS

TO: _Desmond V. Gayle_
   (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gayle_ vs _York County Prison_, which is case number _CV-00-881_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-6-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

August 29, 2000
DATE                                    SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: Deputy Warden Thomas

# WAIVER OF SERVICE OF SUMMONS

TO: Desmond V. Gayle
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Gayle vs York County Prison, which is case number CV-00-881 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 7-6-00 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

August 29, 2000
DATE

[Signature]
SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: York County Prison

# WAIVER OF SERVICE OF SUMMONS

TO: _Desmond V. Gayle_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gayle_ vs _York County Prison_, which is case number _CV-00-881_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-6-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| August 29, 2000 | _[signature]_ |
|---|---|
| DATE | SIGNATURE |

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: Warden Hogan

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

USMS, MIDDLE/PA

20 JUL -5 PM 3:45

SUMMONS IN A CIVIL ACTION

Gayle
    Plaintiff
V.                                  CASE NUMBER: 1:00-cv-00881

York County Prison
        Defendant
_____/

TO:       (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

   Desmond V. Gayle
   CTY-YORK
   York County Prison
   55438
   3400 Concord Road
   York, PA  17402

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: July 5, 2000

RETURN OF SERVICE - Case #1:00-cv-00881

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served: _____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|_| Returned unexecuted: _____

|_| Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                              Signature of Server

                                              Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00881

Desmond V. Gayle
    plaintiff

    v.

York County Prison
    defendant
Thomas Hogan
    defendant
Rogis Thomas
    defendant