JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESMOND V. GAYLE | : | CIVIL NO. 1:00-CV-0881 |
| Plaintiff | : | |
| | : | |
| v. | : | (JUDGE WILLIAM W. CALDWELL) |
| | : | |
| TOM HOGAN (Warden) | : | |
| ROGER THOMAS (Deputy Warden) | : | |
| YORK COUNTY PRISON | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
SEP 0 6 2000
MARY E. D'ANDREA, CLERK
Per _____

<u>Defendant's Rule 12(b) (6) Motion</u>

The defendants by and through their attorney Donald L. Reihart, Esquire, move your honorable court to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted for the following reasons:

(1)

42 U.S.C. § 1997 (e) provides:

No action shall be brought with respect to prison conditions under section 1979 of the revised statutes of the United States, {42 U.S.C. § 1983}, or any other Federal Law by a prisoner confined in any jail prison or other correctional facility until such administrative remedies as are available are exhausted.

(2)

York County Prison has administrative remedies which were in place at the time of the events described in Plaintiff's complaint which include money damages, changes in procedure and equitable relief.

(3)

Plaintiff has failed to comply with 42 U.S.C.§ 1997 (e) in that he has failed to file grievances and exhaust administrated remedies available concerning the prison conditions alleged in his complaint.

(4)

The claims set forth in Plaintiff's complaint are without foundation and should be dismissed under 28 U.S.C. § 1915 A (b) (1) as frivolous and malicious.

(5)

Plaintiff's complaint should be dismissed for failure to join an indispensable party.

Respectfully submitted,

By: *[signature]*
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Assistant Solicitor for York County

Dated: 9-6-00

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire certify that a true and correct copy of the foregoing Defendant's Rule 12(b) (6) Motion was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid thereon, addressed as follows:

Desmond V. Gayle
York County Prison
3400 Concord Road
York, PA 17402

Respectfully submitted,

By: /s/ Donald L. Reihart
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Assistant Solicitor for York County

Dated: 9-6-00

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND V. GAYLE<br>    Plaintiff | CIVIL NO.  1:00-CV-0881 |
| v. | (JUDGE WILLIAM W. CALDWELL) |
| TOM HOGAN (Warden)<br>ROGER THOMAS (Deputy Warden)<br>YORK COUNTY PRISON<br>    Defendants | |

CERTIFICATE OF CONCURRENCE

I certify that no effort was made to obtain concurrence because the case is a prisoner pro se case and is unnecessary under Middle District Local Rule 7.1

Respectfully submitted,

By: _____
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Attorney for Plaintiff

Dated: 9-6-00