To: The Clerk of the Court,
MARY E. D'ANDREA.

York County Prison
3400 Concord Road
York, P.A. 17402
Date, Nov, 29, 2000

United State District Court,
Middle District of P.A.
228 Walnut Street,
P.O. Box 983.
Harrisburg, P.A. 17108.

Prison # 55438.

**FILED**
**HARRISBURG**
DEC 0 4 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re: Civil No 1: CV-00-0881,
(Judge Cadwell).

Dear; Clerk of the Court.,

I am writing you to assure you that, I am still incarcerated at York County Prison.

My present Address still Remain the same, It has not been change which is "York County Prison, 3400 Concord Road York P.A 17402". It is my Responsibility to let you know, if there is changes in

you have received this letter? I would be thankfull, for your Reply, As soon As possible.

I Am Also Asking you please to update me, of ANy Latest News; on my Case, Civil-0881.

I Am just Keeping in-touch with the Court, (Accordingly)

Please! I do need your Reply.

thank you,
Your Respectfully,
Desmond. V. Gayle
D. V. Gayle