OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:      (717) 221-3920
Williamsport:   (570) 323-6380

December 11, 2000

Mr. Desmond V. Gayle
#55438
York County Prison
3400 Concord Road
York, PA  17402

Re:   Gayle v. York County Prison, Civil No. 1:CV-00-0881
      (Judge Caldwell)

Dear Mr. Gayle:

In response to your recent letter regarding the case referenced above, please be advised that the mailing address listed above is currently in the docket of your case.

Sincerely,

Laurie A. Quinn, Esquire
Pro Se Law Clerk

LQ:laf