D.V. Gayle / Letter: ① Return to me on Dec, 28, 200[0]

This letter Return to me, today! on Dec, 28, 2000

York County Prison.
3400 Concord Road,
York, P.A. 17402
Date, Dec, 20th, 2000.

To: the Clerk of
the United State,
District Court.
228 Walnut, St.
P.O. Box 983,
Harrisburg, P.A. 17108.

ID # 55438.
Desmond .V. Gayle
Re: Civil Action No. 1:00-CV-0088[1]
Signature D.V. Gayle

FILED HARRISBURG
JAN 2 - 2001
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

Dear Clerk of Court.,

Good day!

On December, 15, 2000; I have made out a Brief, which the Court Requested, and sent it out, the same day which was December, 15, 2000.

Please! Could you send me a Reply leting me Know, if you have Received such Documents in the mail.

I am very worried about the Mailing, and delivery of my Documents. Please let me know, shortly; if you have Received my mail, Dated Dec/15/[2000]. I would be very thankfull, your Respectful[ly]
D.V. Gayle

V. Gayle

Please give the Judge; A Copies of these two letters, And Stamped Envelopes " Dated PM: DEC LANC

Continuation of Letter: ①
Which Return to me, From the United, States Postal Service: Lancaster Division

Located, at Lancaster Pennsylvania Code 176

This letter I write Today! Dec 28, 2000

To: Mary E. D'Andrea (Clerk)
United States District Court,
Middle District of Pennsylvania.,
   United States, Courthouse.
228 Walnut Street,
   P.O. Box 983.
Harrisburg, P.A. 17108.
Your Respectfull,
   V. Gayle
Inmate Desmond. V. Gayle

York County Prison
3400 Concord Rd
York, P.A. 17402
Date/ Dec/28/2
ID# 55438

Dear Clerk.,
   My Rights to Communicate, have been Continuously Violated, by the United States Postal Service, in the City of Lancaster, P.A. 176. I sent you A letter, A they send it back to me.
   I send you A Brief of Case CV-0088

"I.V. Gayle"  [William W. Crowe]

Please give the Judge; A Copies of these two letters, And STAMPED ENV → Dated

Continuation of Letter: ①
Which Return to me, From the United States Postal Service: Lancaster Division

Located, at Lancaster Pennsylvania Code 176

This letter I write today. DEC/28/2000

To: Mary E. D'Andrea (Clerk)
United States District Court,
Middle District of Pennsylvania.,
 United States, Courthouse.
228 Walnut Street,
 P.O. Box 983.
Harrisburg, P.A. 17108.
Your Respectfull,
 "I. V. Gayle
Inmate Desmond.V. Gayle

York County Prison
3400 Concord R[d]
York, P.A. 1740[2]
Date/Dec/28/2[000]
ID# 55438

Dear Clerk.,
 My Rights to communicate, have been continuou[sly] violated, by the United States Postal Service, in the Cit[y] of Lancaster, P.A. 176. I sent you a letter, A[nd] they send it back to me.
 I send you a Brief of Case CV-0088[1]