

**OFFICE OF THE CLERK**
UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-638

January 11, 2001

FILED
SCRANTON

JAN 11 2001

PER _____
DEPUTY CLERK

Mr. Desmond V. Gayle
#55438
York County Prison
3400 Concord Rd.
York, PA 17402

Re: <u>Gayle v. York County Prison</u>, Civil No. 1:CV-00-0881
    (Judge Caldwell)

Dear Mr. Gayle:

I am writing in response to your letter of January 2, 2001 regarding the action referenced above.

Please be advised that your brief in opposition to the Defendants' motion to dismiss was received and docketed by this court on December 19, 2000 (Doc. 22). Enclosed you will find a copy of that document, as well as a copy of the envelope in which it was received.

Regarding your request for forms, enclosed are civil rights complaint forms, an application to proceed <u>in forma pauperis</u> and an Authorization form.

Sincerely,

Laurie A. Quinn, Esquire
Pro Se Law Clerk

LQ:laf
Enclosures