Urgent Matters

To: Mary E. D'Andrea,
Clerk of Court.

Office of the Clerk
United States District Court,
Middle District of Pennsylvania.
William J. Nealon Federal Bldg,
& U.S. Courthouse.
235 North Washing Avenue
P.O. Box 1148
Scranton, P.A. 18501-1148.

York County Prison,
3400 Concord Road.
York, P.A. 17402.
Date, Jan, 16, 2001
I.D. #55438
Desmond V. Gayle

RE: Civil Cas
No 1: CV-00-088
Judge Caldwell

Your Respectfull
J. V. Gayle
thank you Madame!
Please!

Dear Clerk of Court.,

I need these Copies or Original ① Please send me
a Copy, or the Original letter; I sent you o
Dated December, 28, 2000.
December twenty eight/year two thousand.
Please send me back a Copy, or the original
Envelope that was enclosed in the letter,
In that letter I asked you to send me back the
original or copy. I also asked you for applicatio
orms for civil suit.

Urgent Matters

DATE JAN 16, 2001

D. N. Gayle

Dear Clerk of Court

[ I need Envelope Seal Dec 21 2000 ]

of the envelope, that was enclosed within the letter of December 28/2000

You did Received that letter I sent you, because it was in that letter. I asked you for the Application forms, to File A civil suit.

"This correspondence originates from an inmate institution"

From: Desmond. N. Gayle
#55438
York County Prison.
3400 Concord Road,
York, P.A. 17402.

Legal Mail

[ Need Doc, 21 2000 Seal ] Right

Doc Not good Seal Wrong

To: The Clerk of The Court,
United States District Court.
Middle District of Pennsylvania.
228 Walnut Street,
P.O. Box 983.
Harrisburg, P.A. 17108.

17108940983

This is not the Copy that was enclosed within the