28
2/23/01
SC

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT  **PENNSYLVANIA**     **HARRISBURG**
                      (District/State)        (Location)

U.S. TAX COURT [ ]

CIRCUIT COURT DOCKET NO. _____ (Leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT or TAX COURT DOCKET NO. _____

DISTRICT or TAX COURT JUDGE

**FILED HARRISBURG**
**FEB 20 2001**
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Notice is hereby given that **DESMOND V. GAYLE**
                              (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment

[X] Order [ ] Other (Specify)  **CIVIL NO. 1:CV-00-881**
**Lawsuit against York County Prison Warden and Deputy**

entered in this action on **FEBRUARY 7th 2001**
                              (Date)

DATED:
**FEBRUARY 16th 2001**
(Counsel for Appellant-Signature)
*D.V. Gayle*
(Name of Counsel-Typed)

**Desmond V. Gayle**
(Address)
**York County Prison**
(Tel. No. - U.S. Gov't. FTS or Other)

**Desmond V. Gayle**
(Counsel for Appellee)
**York County Prison**
(Address)
**3400 Concord Road, York, PA**
(Tel. No. - U.S. Gov't. FTS or Other)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the notice of appeal sheet.