OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4938

pacer.ca3.uscourts.gov

February 27, 2001

FILED
HARRISBURG

MAR 0 5 2001

MARY E. D'ANDREA, CLERK
Per /s/
DEPUTY CLERK

NOTICE OF DOCKETING OF APPEAL

Gayle v. York Cty Prison

No(s): 00-cv-00881

(Honorable William W. Caldwell)

An appeal by **Desmond V. Gayle** was filed in the above-captioned case on 2/20/01, and docketed in this Court on 2/27/01, at No. **01-1474**.

Kindly use the Appeals Docket No. **01-1474** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk