① Page One

(33) 3-7-0

York County Prison,
3400 Concord Road
York, P.A. 17402
Date Sun, Feb, 25, 200[1]

To: The Clerk of
the Court,

(1:00-CV-881)

ID # 55438
I.N.S # A74-891-110
immigration Custody

United States
District Court.
228 Walnut Street,
P.O. Box 983.
Harrisburg, P.A. 17108.

Desmond V. Gayle
D. V. Gayle

Dear Mrs. Shawna L. Cihak,

Good Day Madam!
I would like to bring to your attention, that I am under imminent danger of serious physical injury from the Correctional officers at York County Prison, because they learned about the Lawsuit, I have filed against York County Prison.

Please! Could you have me transferred to A Federal Institution for my safety.

I have to contacted my family, and let them know of my present situation

② page two                                Sun/Feb/25/2001

at York County Prison. I am so worried about these officers, hurting me, I haven't slept properly in the past thirty days.

Please Madam! I am asking the Court for a transfer to a Federal Institution, as soon as possible or urgently.

Please contact my sister for me, at this number, she doesn't take collect calls, so I can't contact her, to let her know, my present situation at York County Prison, her phone # is 860-278-8105 should I be hurt, before you can help transfer me, from this Institution.       860-278-8105

My Request to you is not a Imbroglio type of Request. My Request is a very Important Request, asking for urgent help, to be Transfered to federal Facility, because of the Imminent danger I face from the correctional officers, pertaining to my Lawsuit, Filed against York County Prison

Madam! I am also asking the Court please to assigned A Federal Public Defender, to help me with my Lawsuits in your Court at this time.

From the begining I needed help with my Legal Work I don't understand the Rules and Regulations of the Federal Court with Lawsuits.

Madam! If the Court should Grant me these two Request I would be very much thankfull, indeed.

Your Respectfull,
Desmond V. Gayle.

D. V. Gayle